**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ABG-SHAQ, LLC, | Case No.: 2:24-cv-00996-APG-BNW |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| NOVEX BIOTECH, LLC, | |
| Defendant | |

    I ORDER that plaintiff ABG-Shaq, LLC's certificate of interested parties (ECF No. 10) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the citizenship of plaintiff ABG-Shaq, LLC as required by the amendment to that rule.  A limited liability company like the plaintiff is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  The plaintiff's certificate of interested parties thus must identify the citizenship of each of its members, and if any of its members are limited liability companies, the citizenship of each of those members, and so on, until the citizenship is determined through natural persons or corporations.  The plaintiffs stopped at Authentic Brands Group, LLC without identifying its members and their citizenship.  Nor did the plaintiffs state the citizenship of Mine O' Mine, Inc.

    I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by July 15, 2024.

    DATED this 2nd day of July, 2024.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE