**COHEN JOHNSON, LLC**
H. STAN JOHNSON, ESQ
Nevada Bar No. 00265
sjohnson@cohenjohnson.com
RYAN D. JOHNSON, ESQ.
Nevada Bar No. 14724
rjohnson@cohenjohnson.com
375 East Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
*Attorneys for Plaintiff, Counterclaim Defendant, and Third-Party Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ABG-SHAQ, LLC, a Delaware Limited Liability Company,<br>              Plaintiff,<br>vs.<br>NOVEX BIOTECH, LLC., a Utah Limited Liability Company,<br>              Defendant. | Case No.: 2:24-cv-00996-APG-BNW |
| NOVEX BIOTECH, LLC, a Utah limited liability company,<br>              Counterclaim Plaintiff,<br>v.<br>ABG-SHAQ, LLC a Delaware limited liability company,<br>              Counterclaim Defendant. | |
| NOVEX BIOTECH, LLC, a Utah limited liability company,<br>              Third Party Plaintiff,<br>v.<br>SHAQUILLE O'NEAL, an individual,<br>              Third Party Defendant. | |

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Counterclaim Defendant ABG-SHAQ, LLC; Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff Novex Biotech, LLC.; and Third-Party Defendant Shaquille O'Neal, by and through their respective counsel, pursuant to FRCP 41(a)(2), that all claims, counterclaims, and third-party claims and all claims related thereto be, and are hereby, dismissed without prejudice, each party to bear their own costs and attorney's fees.

No trial date has been set in this matter.

| COHEN JOHNSON, LLC | ALDRICH LAW FIRM, LTD. |
|---|---|
| */s/ H. Stan Johnson* _____ | */s/ John P. Aldrich*_____ |
| H. STAN JOHNSON, ESQ | JOHN P. ALDRICH, ESQ |
| Nevada Bar No. 00265 | Nevada Bar No. 6877 |
| 375 East Warm Springs Road, Suite 104 | 7866 West Sahara Ave. |
| Las Vegas, Nevada 89119 | Las Vegas, NV 89117 |
| *Attorneys for Plaintiff, Counterclaim Defendant, and Third-Party Defendant.* | *Attorneys for Defendants, Counterclaim Plaintiff, and Third-Party Plaintiff* |

## ORDER

**IT IS HEREBY ORDERED** that all claims, counterclaims, and third-party claims and all claims related thereto shall be, and are hereby, dismissed without prejudice, each party to bear their own costs and attorney's fees.

**IT IS FURTHER ORDERED** that all pending dates for this matter shall be vacated.

**IT IS SO ORDERED.**

DATED this \_\_16th\_\_ day of _____July_____, 2024.

**UNITED STATES DISTRICT COURT JUDGE**